BEFORE THE SECOND DIVISION, MARCH 13, 1940

**No. 43367.**—Protests 179336–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered wearing apparel similar to the merchandise involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 555, T. D. 41397) was held dutiable at 75 percent under paragraph 1430, and silk wearing apparel at 60 percent under paragraph 1210. Abstract 29972 followed.

**No. 43368.**—Protests 88695–G, etc., of W. Rizcallah & Co., Inc., et al. (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43369.**—Protests 445317–G, etc., of Awad & Aboumrad, Inc. (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43370.**—Protest 41552–G of Shapiro & Son (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of wearing apparel, embroidered, similar to that involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43371.**—Protest 894079–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of letter openers and blotter corners the same as those passed upon in Abstract 30073, weights like those the subject of Abstract 30313, and holders similar to those involved in Abstract 32324. The claim at 40 percent under paragraph 339 was therefore sustained.